UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Timothy A. Costley,

Plaintiff,

vs.

Thibodeau, Johnson & Feriancek, PLLP, and David M. Johnson, and J. D. Feriancek, individually and in their capacity as Trustees,

Defendants.

Case No. 01-602 MJD/RLE

**STIPULATION AND ORDER**

The parties, through their respective undersigned counsel, do hereby stipulate to extend this Court's December 11, 2001 Pretrial Order dispositive motion deadline of July 1, 2002 to allow oral arguments for Defendants' Motion for Summary Judgment to be heard on July 11, 2002 at 10:00 a.m. The parties have conferenced with Magistrate Judge Erickson's Judicial Clerk, Ms. Vicki Miller, who has verified that July 11, 2002 is available should this stipulation meet with the Court's approval. This stipulation does not effect the remaining Pretrial Order deadline, which is the September 1, 2002 trial-ready date.

Date: 5-8-02

NICKLAUS, BRAATEN & HOLLENHORST, PLLC

ERIC J. BRAATEN #248502
GENA A. BRAATEN #266838
Historic Chaska Mill
500 Pine Street North, Suite 200
Chaska, MN 55318
(952) 448-4747

ATTORNEYS FOR PLAINTIFF

17

FILED MAY 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mb

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Date: 5/8/02

MARK A. FREDRICKSON #210535
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

ATTORNEY FOR DEFENDANTS

**ORDER**

It is hereby ordered that the July 1, 2002 dispositive motion deadline shall be extended to allow Defendants' Motion for Summary Judgment to be heard on July 11, 2002 at 10:00 a.m.

BY THE COURT:

Dated: May 9, 2002

Magistrate Judge Raymond L. Erickson
United States District Court